IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| STEVEN HAYES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF, QUANICE HAYES, DECEASED, AND VENUS HAYES,<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>CITY OF PORTLAND, A MUNICIPAL CORPORATION, AND ANDREW HEARST,<br><br>Defendant/Respondent | Cause No.:  3:18-cv-00988-AC<br>Hearing Date:<br><br>AFFIDAVIT OF SERVICE OF<br>SUMMONS IN A CIVIL ACTION; COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **19th day of June, 2018** at **2:30 PM** at the address of **1221 SW 4TH AVE, ROOM 430, PORTLAND, Multnomah, OR 97204**; this affiant served the above described documents upon **CITY OF PORTLAND c/o OFFICE OF THE CITY ATTORNEY, DESIGNEE**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Shannon White**, THE PERSON APPARENTLY IN CHARGE AND AUTHORIZED TO ACCEPT, OFFICE SUPPORT SPECIALIST , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a black female approx. 35-45 years of age, 5'8"-5'10" tall, weighing 200-240 lbs with brown hair.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of Oregon that the statement above is true and correct.

DATED this **20** day of **June**, 20**18**.

_KAB_ (signature)

Kyle Berg
1001 SW 5th Ave #1100, Portland, OR 97204  503-727-3100

SUBSCRIBED AND SWORN to before me this **20** day of **June**, 20**18**

_BP_ (signature)

NOTARY PUBLIC in and for the State of **Oregon**
Residing at: **Mult**
My Commission expires **1/16/21**

OFFICIAL STAMP
BRIAN DANIEL PICHA
NOTARY PUBLIC-OREGON
COMMISSION NO. 958232
MY COMMISSION EXPIRES JANUARY 16, 2021

ORIGINAL AFFIDAVIT OF SERVICE

REF:  Hayes (PORTLAND)

Tracking #: 0025187634 PDX FIL



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

STEVEN HAYES, as personal representative of the estate of QUANICE HAYES, deceased, and VENUS HAYES,

*Plaintiff(s)*

v.

CITY OF PORTLAND, a municipal corporation, and ANDREW HEARST,

*Defendant(s)*

Civil Action No. 3:18-cv-00988-AC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Portland
Office of the City Attorney
1221 SW 4th Ave., Room 430
Portland, OR  97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Ashlee Albies, Albies & Stark LLC
210 SW Morrison Street, Suite 400, Portland OR 97204

Jesse Merrithew, Levi Merrithew Horst PC
610 SW Alder Street, Suite 415, Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **06/13/2018**

By: **s/J. Jones, Deputy Clerk**