WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
RYAN BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **STEVEN HAYES, as personal representative of the estate of QUANICE HAYES, deceased, AND VENUS HAYES,** | **3:18-cv-00988-AC** |
| **PLAINTIFFS,** | **DECLARATION OF SERVICE** |
| v. | |
| **CITY OF PORTLAND, a municipal corporation, and ANDREW HEARST,** | |
| **DEFENDANTS.** | |

I, JOHN BUEHLER, declare that: I am, and was at the time of service of the papers herein referred to, over the age of 18 years old, and not a party to this action.

On *March 5*, 2020, at *2:35 pm*, I served the foregoing documents on Ronald Ruffin at 2609 SE 145th, Unit B-13, Portland, OR 97236:

JB F-45

Page 1 –    DECLARATION OF SERVICE

1.  Defendants' Motion for Order to Show Cause;

2.  Declaration of Daniel Simon in Support of Defendants' Motion for Order to Show
    Cause.

I hereby declare that the above statement is true to the best of my knowledge and belief,

and that I understand it is made for use as evidence in court and is subject to penalty of perjury.


Dated: _March 5, 2020_____.


                                    _____
                                    JOHN BUEHLER, Private Investigator
                                    7506 SE 18th Ave., Portland, OR 97202


Page 2 –    DECLARATION OF SERVICE