AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# United States District Court
## for the District of Oregon
## Portland Division

STEVEN HAYES AND VENUS HAYES,
    PLAINTIFF,

v.

                            Civil Action No. 3:18-cv-00988-AC

CITY OF PORTLAND AND ANDREW HEARST,
    DEFENDANT.

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

TO: Ronald Ruffin
2609 SE 145th Ave., Apt. B-13
Portland, OR 97236

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Levi Merrithew Horst PC<br>610 SW Alder Street, Suite 415<br>Portland, OR 97205 | Date and Time:<br>March 12, 2020<br>3:00 p.m. |
|---|---|

The deposition will be recorded by this method: <u>Stenographic (court reporter)</u>

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 3/9/20

Daniel Simon, OSB #124544

The name, address, e-mail, and telephone number of the attorney representing City of Portland and Andrew Hearst, who issues this subpoena, are: Daniel Simon, Deputy City Attorney, City Attorney's Office, 1221 SW Fourth Avenue, Room 430, Portland, OR 97204, dan.simon@portlandoregon.gov, (503) 823-4047.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00988-AC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __Ronald Ruffin__
was received by me on *(date)* __3/9/2020__.

☒ I served the subpoena by delivering a copy to the named individual as follows:
__Served personally on Ronald Ruffin at 2609 SE 145th Ave,__
__at Apt. F-45, at 3:30 pm__ on *(date)* __March 9, 2020__ ; or

☐ I returned the subpoena unexecuted because _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ __46.15__ .

My fees are $ __TBD__ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __March 9, 2020__

__[signature]__
Server's signature

__John W. Buehler, private investigator__
Printed name and title

__7506 SE 18th Ave, Portland Oregon 97202__
Server's address

Additional information regarding attempted service, etc.