WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
RYAN BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **STEVEN HAYES, as personal representative of the estate of QUANICE HAYES, deceased, AND VENUS HAYES,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**CITY OF PORTLAND, a municipal corporation, and ANDREW HEARST,**<br><br>**DEFENDANTS.** | 3:18-cv-00988-AC<br><br>**DEFENDANTS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME FOR COMPLETION OF EXPERT DISCOVERY, FILING OF JOINT ADR REPORT, AND FILING OF DISPOSITIVE MOTIONS** |

Pursuant to Rule 6(b) of the Fed. R. Civ. P., Defendants City of Portland and Andrew Hearst ("Defendants") move this Court for an extension of time for the dates listed in Order

Page 1 –   **DEFENDANTS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME FOR COMPLETION OF EXPERT DISCOVERY, FILING OF JOINT ADR REPORT, AND FILING OF DISPOSITIVE MOTIONS**

Granting Motion to Extend Deadlines entered by the Court on January 13, 2020 [ECF 87]. Counsel for Defendants has conferred with counsel for Plaintiffs, Jesse Merrithew. Plaintiffs consent to this motion. Specifically, Defendants request an order:

1.   Allowing an extension of time from April 3, 2020, up to and including July 3, 2020, to complete expert discovery;

2.   Allowing an extension of time from April 10, 2020, up to and including July 10, 2020, to file Joint ADR Report; and

3.   Allowing an extension of time from June 5, 2020, up to and including September 4, 2020, to file all dispositive motions.

This motion is based upon the complete court file and upon the Declaration of William W. Manlove, filed herewith.

Dated:  April 3, 2020

Respectfully submitted,

/s/William W. Manlove
WILLIAM W. MANLOVE. OSB #891607
Senior Deputy City Attorney
DANIEL SIMON, OSB #124544
Deputy City Attorney
RYAN C. BAILEY, OSB #130788
Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendants*

Page  2  –   **DEFENDANTS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME FOR COMPLETION OF EXPERT DISCOVERY, FILING OF JOINT ADR REPORT, AND FILING OF DISPOSITIVE MOTIONS**

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVE., RM. 430
PORTLAND, OREGON 97204
(503) 823-4047