UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Steven Hayes et al

                                       Plaintiff(s),

Case No.: 3:18-CV-00988-AC

v.

City of Portland et al

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

                                       Defendant(s).

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

   ☑ Yes    ☐ No

   If not, provide an explanation:

   _____

   _____

2. The parties propose: (*check one of the following*)

   ☐ (a)    That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

   ☐ (b)    That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

   _____

   _____

   _____

Joint Alternative Dispute Resolution Report                                                            1
[Rev. 03/2018]

☒ (c)  ADR may be helpful at a later date following completion of:

Briefing and ruling on dispositive motions, which are currently due 9/4/20.
_____

_____

☐ (d)  The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)  Other:

_____

_____

_____

Dated: 07/10/2020                By: J. Ashlee Albies & Jesse Merrithew
                                     _____
                                     Counsel for Plaintiffs


                                 By: William Manlove
                                     _____
                                     Counsel for Defendants